UNITED STATES of America, Plaintiff–Appellee

v.

Todd RICKS, Defendant–Appellant.

No. 10–51004
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Todd Ricks, Texarkana, TX, pro se,

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: *

Todd Ricks is serving a 300–month sentence for three drug and firearm crimes. He has moved this court for leave to appeal in forma pauperis and for appointment of counsel as he seeks to appeal the district court's denial of two motions. In

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

one motion, Ricks contended that a hung jury in a 2007 mistrial equated to an acquittal and that he was entitled to a nunc pro tunc order of acquittal. In the other motion, Ricks sought a formal written ruling that his motion for acquittal during the 2007 mistrial had been denied.

The motions filed by Ricks in the district court were meaningless, unauthorized, and without any jurisdictional basis. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994) (addressing "a meaningless, unauthorized motion" that lacked any jurisdictional basis). Ricks has failed to show that his appeal from the denial of these frivolous motions involves "legal points arguable on their merits (and therefore not frivolous)." *Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983) (internal quotation marks omitted). The appeal is DISMISSED as frivolous, and Ricks's motions are DENIED. *See Baugh v. Taylor,* 117 F.3d 197, 202 & n. 24 (5th Cir.1997); 5TH CIR. RULE 42.2.